EISENBART and another, Plaintiffs and Respondents, vs. LINDSAY and another, Appellants: R. C. ZASTROW, INC., and others, Impleaded Defendants and Respondents.

For the appellants: *Vilas H. Whaley* of Racine.

For the respondents-plaintiffs: *Wilbershide & Baumblatt* of Racine.

For the respondents-impleaded defendants: *Foley & Brach* of Racine.

*By the Court.*—Judgment affirmed.

SCHMITZ, Assignee, Respondent, vs. LEHIGH VALLEY RAILROAD COMPANY and another, Appellants.

For the appellants: *J. F. Baker* and *Llewellyn Cole,* both of Milwaukee.

For the respondent: *Kadwit & Lepp* of Kenosha.

*By the Court.*—Judgment affirmed.

BRAND, Respondent, vs. SHEBOYGAN DRY GOODS COMPANY, Appellant.

For the appellant: *Otjen & Otjen* of Milwaukee.

For the respondent: *Bassuener, Humke & Poole* of Sheboygan.

*By the Court.*—Judgment affirmed.